IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES B. HAMILTON,<br><br>    Plaintiff,<br><br>  vs.<br><br>C.D.C.R.; WASCO STATE PRISON; J. D. LOZANO; R. ESCALANTE; R. VEGA,<br><br>    Defendants. | No. C 12-6280 WHA (PR)<br><br>**ORDER OF TRANSFER**<br><br><br>(Docket No. 2) |

This is a civil rights case brought pro se by a state prisoner incarcerated at Wasco State Prison in Wasco, California. He sues prison officials at Wasco for actions taken there, and officials at the California Department of Corrections and Rehabilitation ("CDCR") in Sacramento, California, for their actions in processing his administrative appeals. Wasco and Sacramento are located within the venue of the United States District Court for the Eastern District of California. Venue for this case is therefore proper in the Eastern District. *See* 28 U.S.C. 1391. Accordingly, and in the interests of justice, this case is **TRANSFERRED** to the United States District Court for the Eastern District of California. *See* 28 U.S.C. 1404(a), 1406(a). Ruling on plaintiff's application for leave to proceed in forma pauper is deferred to the Eastern District. The clerk shall transfer this matter forthwith.

**IT IS SO ORDERED.**

Dated: December    21   , 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\CR.12\HAMILTON6280.TRN.wpd