IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES BRIAN HAMILTON, | 1:12-cv-02084-GSA-PC |
| Plaintiff, | |
| vs. | ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL |
| CDCR, et al., | ( #14) |
| Defendants. | |

On May 7, 2013, plaintiff filed a motion seeking the appointment of counsel. Plaintiff does not have a constitutional right to appointed counsel in this action, Rand v. Rowland, 113 F.3d 1520, 1525 (9th Cir. 1997), and the court cannot require an attorney to represent plaintiff pursuant to 28 U.S.C. § 1915(e)(1). Mallard v. United States District Court for the Southern District of Iowa, 490 U.S. 296, 298, 109 S.Ct. 1814, 1816 (1989). However, in certain exceptional circumstances the court may request the voluntary assistance of counsel pursuant to section 1915(e)(1). Rand, 113 F.3d at 1525.

Without a reasonable method of securing and compensating counsel, the court will seek volunteer counsel only in the most serious and exceptional cases. In determining whether "exceptional circumstances exist, the district court must evaluate both the likelihood of success of the merits [and] the ability of the [plaintiff] to articulate his claims *pro se* in light of the complexity of the legal issues involved." Id. (internal quotation marks and citations omitted).

-1-

1     In the present case, the court does not find the required exceptional circumstances.  At
2 this early stage in the proceedings, the court cannot make a determination that plaintiff is likely
3 to succeed on the merits.  Plaintiff's amended complaint was dismissed on April 23, 2013 for
4 failure to state a claim, with leave to amend, and plaintiff has not yet filed an amended
5 complaint.  (Doc. 13.)  Thus, there is no operative complaint in this action which the Court has
6 determined states cognizable claims for which to initiate service of process, and no other parties
7 have yet appeared.  Moreover, based on a review of the record in this case, the court does not
8 find that plaintiff cannot adequately articulate his claims or respond to court orders.  Therefore,
9 Plaintiff's motion shall be denied without prejudice to renewal of the motion at a later stage of
10 the proceedings.

11     For the foregoing reasons, plaintiff's motion for the appointment of counsel is HEREBY
12 DENIED, without prejudice.

13     IT IS SO ORDERED.

14     Dated:   **May 9, 2013**                    /s/ **Gary S. Austin**
                                                   UNITED STATES MAGISTRATE JUDGE